IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LEONARDO ESCALONA BARRIENTOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAMELA BONDI,[1] ) <br> ) <br> Defendant. ) | No. 2:26-cv-02088-TLP-atc |

### ORDER DIRECTING CLERK TO SERVE PETITION AND DIRECTING RESPONDENT TO SHOW CAUSE

Petitioner Leonardo Escalona Barrientos, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitions for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.)

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondent by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee. The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov. And under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

---

[1] In a recent case, the Government clarified that Scott Ladwig, not Mellissa Harper, is the Acting Director of the New Orleans Field Office of Immigration and Customs Enforcement. (*See* Perez-Oxlaj v. Harper, No. 2:26-cv-02036-TLP-tmp (W.D. Tenn.) (ECF No. 8 at PageID 23).) So the Court respectfully **DIRECTS** the Clerk to modify the docket to reflect "Scott Ladwig, in his official capacity" as Respondent.

1

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. See *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

And given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing on or before close of business on February 9, 2026, why the § 2241 Petition should not be granted. See 28 U.S.C. § 2243. Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to file a reply on or before the close of business on February 13, 2026. If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondent of those issues in the reply.

If necessary, the Court will set a hearing by separate order. See 28 U.S.C. § 2243.

**SO ORDERED**, this 4th day of February, 2026.

                                                s/ Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE