# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LEONARDO ESCALONA BARRIENTOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT LADWIG, ) <br> ) <br> Defendant. ) | No. 2:26-cv-02088-TLP-atc |

## ORDER GRANTING MOTION TO DISMISS

Respondent moves to dismiss because Petitioner's detention is governed by 8 U.S.C. § 1231 instead of § 1225(b)(2)(A). (ECF No. 13.) Petitioner responded that he does not oppose dismissal after reviewing "the Motion to Dismiss, attached Exhibits, and governing law." (ECF No. 14.) The Court therefore **GRANTS** the Motion to Dismiss and **DISMISSES** this Petition.

**SO ORDERED**, this 18th day of February, 2026.

                                          s/ Thomas L. Parker
                                          THOMAS L. PARKER
                                          UNITED STATES DISTRICT JUDGE